# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 25-2131  **Short Title:** Illinois et al. v. Federal Emergency Management Administration et al.

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
 1. Date of entry of judgment or order appealed from Sept. 24, 2025
 2. Date this notice of appeal filed Nov. 21, 2025
  If cross appeal, date first notice of appeal filed____
 3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) N/A
 4. Date of entry of order deciding above post-judgment motion Oct. 14, 2025*
 5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) N/A
  Time extended to N/A

B. Finality of Order or Judgment
 1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes  [ ] No
 2. If no,
    a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
       If yes, explain____
    b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
       If yes, explain____

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   ____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

*∗ Defendants / Appellants add this date, as their Notice of Appeal includes the post-judgment Ordered that the district court entered on that date. They do not, however, rely on that date to extend the deadline for the timely filing of their notice of appeal on Nov. 21, 2025.*

1

E. Were there any in-court proceedings below? ☐ Yes ☑ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party State of Illinois
      Attorney Alex Hemmer
      Address Illinois Attorney General's Office 115 S. Lasalle St. Chicago, IL 60603
      Telephone (312) 814-5526

   2. Adverse party State of Illinois
      Attorney Christopher Graham Wells
      Address Illinois Attorney General's Office, Public Interest Division 115 S. Lasalle St. Chicago, IL 60603
      Telephone (312) 814-1134

   3. Adverse party State of Illinois
      Attorney Darren Bernens Kinkead
      Address Illinois Attorney General's Office 115 S. Lasalle St. Chicago, IL 60603
      Telephone (773) 590-6967

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Federal Emergency Management Agency
      Address 500 C. St. SW; Washington, DC 20472
      Telephone 202.646.2500

      Attorney's name Kevin Bolan
      Firm U.S. Attorney's Office for the District of Rhode Island
      Address One Financial Plaza, 17th Fl, Providence, RI 02903
      Telephone (401) 709-5029

   2. Appellant's name U.S. Department of Homeland Security
      Address Office of the General Counsel, 245 Murray Lane SW, Mail Stop 0485, Washington DC 20528-0485
      Telephone 202.282.8000

      Attorney's name Kevin Bolan
      Firm U.S. Attorney's Office for the District of Rhode Island
      Address One Financial Plaza, 17th Fl, Providence, RI 02903
      Telephone (401) 709-5029

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Kevin Bolan
Date  January 14, 2026

**F.    (Supplement.) List each adverse party to the appeal.**

The following attorneys represent the Plaintiff / Appellee:
**the State of Illinois**

    Attorney:                    Michael M. Tresnowski
    Attorney's address:    Illinois Attorney General's Office
                                       Special Litigation Bureau
                                       115 S Lasalle St Ste 35th Floor
                                       Chicago, IL 60603
    Attorney's telephone: 773-759-4496

    Attorney:                    Robert Henry Weaver
    Attorney's address:    Office of the Illinois Attorney General
                                       Special Litigation Bureau
                                       115 S. Lasalle St. 35th Floor
                                       Chicago, IL 60603
    Attorney's telephone: 773-590-6838

    Attorney:                    R. Sam Horan
    Attorney's address:    Illinois Attorney General's Office
                                       115 S LaSalle St.
                                       Chicago, IL 60603
    Attorney's telephone: 312-405-5354

The following attorneys represent the Plaintiff / Appellee:
**the State of California**

    Attorney:                    Lee Sherman
    Attorney's address:    Office of the Attorney General
                                       Civil Rights Enforcement Section
                                       300 S. Spring St. Suite 1702
                                       Los Angeles, CA 90013
    Attorney's telephone: 213-269-6202

    Attorney:                    Alexis Martin Piazza
    Attorney's address:    Office of the Attorney General
                                       Bureau Of Children's Justice
                                       300 S. Spring Street
                                       Los Angeles, CA 90013
    Attorney's telephone: 213-269-6552

Attorney: Delbert Tran
Attorney's address: Office of the Attorney General
455 Golden Gate Ave. Ste 11000
San Francisco, CA 95111
Attorney's telephone: 415-229-0110

Attorney: Deylin O Thrift-Viveros
Attorney's address: Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013
Attorney's telephone: 562-895-1096

Attorney: James Edward Stanley
Attorney's address: California Department of Justice
Civil Rights Enforcement Section
1300 I Street
Sacramento, CA 95814
Attorney's telephone: 916-210-6475

Attorney: Joel Marrero
Attorney's address: California Department of Justice
300 South Spring Street 320
Los Angeles, CA 90013
Attorney's telephone: 213-655-8839

Attorney: Luke Freedman
Attorney's address: Office of the Attorney General
300 S Spring St Suite 1702
Los Angeles, CA 90013
Attorney's telephone: 206-276-0621

Attorney: Newton Knowles, III
Attorney's address: Office of the Attorney General
300 S Spring St Ste 1702
Los Angeles, CA 90013
Attorney's telephone: 213-269-6511

    Attorney:                    Michael Louis Newman
    Attorney's address:    Office of the Attorney General
                                  300 S. Spring St., Suite 1702
                                  Los Angeles, CA 90013
    Attorney's telephone: N/A

The following attorneys represent the Plaintiff / Appellee:
**the State of New Jersey**

    Attorney:                    Shankar Duraiswamy
    Attorney's address:    New Jersey Office of Attorney General
                                  25 Market Street Ste 8th Floor
                                  Trenton, NJ 08625
    Attorney's telephone: 609-649-1019

    Attorney:                    Mayur Prasad Saxena
    Attorney's address:    New Jersey Office of Attorney General
                                  Division of Law
                                  124 Halsey Street 5th Floor
                                  Newark, NJ 07101
    Attorney's telephone: 609-775-5846

    Attorney:                    Surinder K. Aggarwal
    Attorney's address:    New Jersey Office of Attorney General
                                  25 Market St.
                                  Trenton, NJ 08625
    Attorney's telephone: N/A

    Attorney:                    Anaiis Gonzalez
    Attorney's address:    New Jersey Office of Attorney General
                                  P.O. Box 45029
                                  124 Halsey Street 5th Floor
                                  Newark, NJ 07101
    Attorney's telephone: 609-696-5296

    Attorney:                    Christopher J. Ioannou
    Attorney's address:    New Jersey Office of Attorney General
                                  25 Market St.
                                  Trenton, NJ 08625
    Attorney's telephone: N/A

    Attorney:    Olivia C. Mendes
    Attorney's address:    New Jersey Office of Attorney General
    25 Market St.
    Trenton, NJ 08625
    Attorney's telephone: N/A

    Attorney:    Phoenix N. Meyers
    Attorney's address:    New Jersey Office of Attorney General
    25 Market St.
    Trenton, NJ 08625
    Attorney's telephone: N/A

    Attorney:    Sarah Nealon
    Attorney's address:    New Jersey Office of Attorney General
    25 Market St.
    Trenton, NJ 08625
    Attorney's telephone: N/A

    Attorney:    Daniel Resler
    Attorney's address:    New Jersey Office of Attorney General
    25 Market St.
    Trenton, NJ 08625
    Attorney's telephone: N/A

The following attorneys represent the Plaintiff / Appellee:
**the State of Rhode Island**

    Attorney:    Kathryn M. Sabatini
    Attorney's address:    Rhode Island Attorney General
    150 South Main Street
    Providence, RI 02906
    Attorney's telephone: 401-274-4400

    Attorney:    Paul Timothy James Meosky
    Attorney's address:    Rhode Island Attorney General
    150 South Main Street
    Providence, RI 02903
    Attorney's telephone: 401-274-4400

    Attorney:                  Keith D. Hoffmann
    Attorney's address:    Rhode Island Office of the Attorney General
                                  150 South Main Street
                                  Providence, RI 02903
    Attorney's telephone: 401-274-4400, Ext. 1882

The following attorney represents the Plaintiff / Appellee:
**the State of Colorado**

    Attorney:                  David Moskowitz
    Attorney's address:    Colorado Department of Law
                                  Ralph L. Carr Judicial Building
                                  1300 Broadway, 10th Floor
                                  Denver, CO 80203
    Attorney's telephone: 720-508-6784

The following attorney represents the Plaintiff / Appellee:
**the State of Connecticut**

    Attorney:                  Ashley H. Meskill
    Attorney's address:    Office of the Attorney General
                                  165 Capitol Avenue
                                  Hartford, CT 06106
    Attorney's telephone: 860-808-5270

The following attorneys represent the Plaintiff / Appellee:
**the State of Delaware**

    Attorney:                  Ian Liston
    Attorney's address:    Delaware Department of Justice
                                  Fraud And Consumer Protection Division, White
                                      Collar Crime
                                  U 721 Greenwood Road
                                  Wilmington, DE 19807
    Attorney's telephone: 302-683-8875

    Attorney:     Vanessa L. Kassab
    Attorney's address:     Delaware Department of Justice
    Fraud And Consumer Protection Division
    Carvel State Building
    820 N. French St.
    Wilmington, DE 19801
    Attorney's telephone: 302-683-8881

The following attorneys represent the Plaintiff / Appellee:
**the State of Hawai'i**

    Attorney:     David Dana Day
    Attorney's address:     State of Hawaii - Department of the Attorney General
    Appellate Division
    425 Queen Street
    Honolulu, HI 96813
    Attorney's telephone: 808-586-1346

    Attorney:     Kalikoonalani Diara Fernandes
    Attorney's address:     Department of the Attorney General, State of Hawaii
    425 Queen Street
    Honolulu, HI 96813
    Attorney's telephone: 808-586-1360

The following attorneys represent the Plaintiff / Appellee:
**the State of Maine**

    Attorney:     Aaron M. Frey
    Attorney's address:     Maine Attorney General's Office
    6 State House Station
    Augusta, ME 04333-0006
    Attorney's telephone: N/A

    Attorney:     Vivian A. Mikhail
    Attorney's address:     Maine Attorney General's Office
    6 State House Station
    Augusta, ME 04333-0006
    Attorney's telephone: N/A

The following attorneys represent the Plaintiff / Appellee:
**the State of Maryland**

    Attorney: James C. Luh
    Attorney's address: Office of the Attorney General- State of Maryland
    Federal Accountability Unit
    200 Saint Paul Place
    Baltimore, MD 21202
    Attorney's telephone: 410-576-6411

    Attorney: Robert Newman Brewer
    Attorney's address: Maryland Office of the Attorney General
    Federal Accountability Unit
    200 Saint Paul Place
    Baltimore, MD 21202
    Attorney's telephone: 410-576-6924

The following attorneys represent the Plaintiff / Appellee:
**the Commonwealth of Massachusetts**

    Attorney: Hannah Vail
    Attorney's address: Office of the Attorney General
    One Ashburton Place 18th Floor
    Boston, MA 02108
    Attorney's telephone: 617-963-2512

    Attorney: Katherine Brady Dirks
    Attorney's address: Massachusetts Attorney General's Office
    1 Ashburton Pl. Ste 20th Floor
    Boston, MA 02478
    Attorney's telephone: 617-963-2277

The following attorneys represent the Plaintiff / Appellee:
**the State of Michigan**

    Attorney: Adam De Bear
    Attorney's address: Michigan Department of Attorney General
    State Operations Divison P.O. Box 30754
    Lansing, MI 48909
    Attorney's telephone: 517-335-7573

    Attorney: Neil Giovanatti
    Attorney's address: Michigan Department of Attorney General
    525 W. Ottawa Street P.O. Box 30758
    Lansing, MI 48909
    Attorney's telephone: 517-335-7603

The following attorney represents the Plaintiff / Appellee:
**the State of Minnesota**

    Attorney: Brian S. Carter
    Attorney's address: Office of the Minnesota Attorney General
    445 Minnesota Street Ste 600
    Saint Paul, MN 55101
    Attorney's telephone: 651-300-7403

The following attorney represents the Plaintiff / Appellee:
**the State of Nevada**

    Attorney: Heidi Parry Stern
    Attorney's address: Nevada Attorney General's Office
    Solicitor General 1 State Of Nevada Way Ste 100
    Las Vegas, NV 89119
    Attorney's telephone: 702-486-3594

The following attorney represents the Plaintiff / Appellee:
**the State of New Mexico**

    Attorney: Steven Perfrement
    Attorney's address: New Mexico Department of Justice
    408 Galisteo Street
    Santa Fe, NM 87501
    Attorney's telephone: 505-601-7727

The following attorneys represent the Plaintiff / Appellee:
**the State of New York**

    Attorney: Julie Dona
    Attorney's address: NYS Office of the Attorney General
    28 Liberty St.
    New York, NY 10005
    Attorney's telephone: 212-416-8494

    Attorney: Rabia Muqaddam
    Attorney's address: NYS Office of the Attorney General
    28 Liberty St.
    New York, NY 10005
    Attorney's telephone: 917-715-4172

    Attorney: Zoe Levine
    Attorney's address: NYS Office of the Attorney General
    28 Liberty Street
    New York, NY 10005
    Attorney's telephone: 212-416-8329

The following attorneys represent the Plaintiff / Appellee:
**the State of Oregon**

    Attorney: Thomas H. Castelli
    Attorney's address: Oregon Department of Justice
    Special Litigation Unit
    100 Sw Market Street
    Portland, OR 97201
    Attorney's telephone: 971-673-1880

    Attorney: Robert Koch
    Attorney's address: Oregon Attorney General's Office
    Appellate Div
    1162 Court Street NE
    Salem, OR 97301
    Attorney's telephone: 503-378-4402

The following attorneys represent the Plaintiff / Appellee:
**the State of Vermont**

    Attorney: Julio A. Thompson
    Attorney's address: Office of the Attorney General
    Civil Right Unit 109 State Street
    Montpelier, VT 05609-1001
    Attorney's telephone: 802-828-5516

    Attorney: Jonathan T. Rose
    Attorney's address: Office of the Attorney General
    Appellate Unit 109 State Street
    Montpelier, VT 05609

      Attorney's telephone: 802-793-1646

The following attorneys represent the Plaintiff / Appellee:  
**the State of Washington**

      Attorney: Tyler S. Roberts  
      Attorney's address: State of Washington Attorney General's Office  
      800 Fifth Avenue Suite 2000  
      Seattle, WA 98104  
      Attorney's telephone: 206-521-3683

      Attorney: Benjamin M. Seel  
      Attorney's address: Office of the Attorney General of Washington  
      Wing Luke Civil Rights Division 800 5th Ave Suite 2000  
      Seattle, WA 98104  
      Attorney's telephone 206-340-6770

      Attorney: Cristina Sepe  
      Attorney's address: Washington State Office of the Attorney General  
      Solicitor General's Office 1125 Washington Street Se  
      Po Box 40100  
      Olympia, WA 98504-0100  
      Attorney's telephone: 360-753-7085

      Attorney: Marsha Chien  
      Attorney's address: Office of the Attorney General  
      Solicitor General's Office Po Box 40100 1125 Washington Street Se  
      Olympia, WA 98504-0100  
      Attorney's telephone: 206-389-2406

The following attorney represents the Plaintiff / Appellee:  
**the State of Wisconsin**

      Attorney: Frances Reynolds Colbert  
      Attorney's address: Wisconsin Department of Justice  
      17 W Main Street  
      Madison, WI 53703  
      Attorney's telephone: 608-266-9226

The following attorney represents the Plaintiff / Appellee:
**the District of Columbia**

    Attorney: Mitchell Reich
    Attorney's address: 400 Sixth Street, Nw 2d Floor
    Washington, DC 20001
    Attorney's telephone: 202-279-1261


**G. (Supplement.) List each appellant who filed this notice of appeal and appellant's counsel**

    Appellant's name: United States Cost Guard
    Address: 1790 Ash St. SE
    Washington, DC 20032
    Telephone: 202-372-2100

    Attorney: Kevin Bolan
    Attorney's address: U.S. Attorney's Office
    District of Rhode Island
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    Attorney's telephone: 401-709-5029

    Appellant's name: David Richardson, in his official capacity as Senior Official performing the duties of the Administrator of the Federal Emergency Management Administration
    Address: 500 C St. SW
    Washington, DC 20472
    Telephone: 202-646.2500

    Attorney: Kevin Bolan
    Attorney's address: U.S. Attorney's Office
    District of Rhode Island
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    Attorney's telephone: 401-709-5029

  Appellant's name:  Kristi Noem, in her official capacity as Secretary, U.S. Department of Homeland Security
  Address:  Washington, DC 20528

  Attorney:  Kevin Bolan
  Attorney's address:  U.S. Attorney's Office
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903
  Attorney's telephone: 401-709-5029

  Attorney:  Kevin Lunday, in his official capacity as Acting Commandant of the U.S. Coast Guard
  Attorney's address:  1790 Ash St. SE
Washington, DC 20032
  Attorney's telephone: 202-372-2100

  Attorney:  Kevin Bolan
  Attorney's address:  U.S. Attorney's Office
District of Rhode Island
One Financial Plaza, 17th Floor
Providence, RI 02903
  Attorney's telephone: 401-709-5029

## Certificate of Service

On this 14th day of January, 2026, I caused this document to be filed electronically, which served it on counsel who are registered participants of the CM/ECF system, and is available for viewing and downloading from the ECF system.

The ECF system served the motion on The following counsel for Plaintiffs / Appellees, who are registered participants of the CM/ECF system and who act for the sake of this appeal as lead counsel on behalf of all Plaintiffs / Appellees:

  Alex Hemmer
Illinois Attorney General's Office
115 S. Lasalle St.
Chicago, IL 60603
312-814-5526
email:Alex.Hemmer@ilag.Gov

R. Sam Horan
Illinois Attorney General's Office
115 S LaSalle St.
Chicago, IL 60603
312-405-5354

<u>*/s/ Kevin Bolan*</u>
Kevin Bolan