**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

| | |
|---|---|
| STATE OF ILLINOIS, *et al*.,<br><br>Plaintiffs-Appellees,<br><br>*v*.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, *et al.*<br><br>Defendants - Appellants. | No. 25-2131 |

**CONSENT MOTION TO DISMISS APPEAL
UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

Under Federal Rule of Appellate Procedure 42(b), the Appellants respectfully move this Court to dismiss its appeal, with each side to bear its own costs and fees on appeal. Counsel for Appellants conferred with counsel for the Appellees, who consent to this request.

DATED: September 1, 2026

Respectfully submitted,

FEDERAL EMERGENCY MANAGEMENT AGENCY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; ROBERT J. FENTON, JR., in his official capacity as Acting Administrator of the Federal Emergency Management Agency; MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security; and KEVIN LUNDAY, in his official capacity as Acting Commandant of the U.S. Coast Guard

By their Attorneys

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
United States Attorney

By: */s/ Kevin Bolan*

KEVIN BOLAN
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
kevin.bolan@usdoj.gov

**Certificate of Service**

On this 1st day of September, 2026, I caused this motion to be filed electronically, which served it on counsel who are registered participants of the CM/ECF system, and is available for viewing and downloading from the ECF system.

*/s/ Kevin M. Bolan*

Assistant United States Attorney